# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KEVIN FENNELL, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 2:20-cv-02844-JTF-atc |
| v. | ) ) ) |
| FLOYD BONNER, ET AL., | ) ) |
| Defendants. | ) |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed With Prejudice in accordance with the Order Modifying The Docket, Granting Motion To Amend Complaint, Dismissing The Amended Complaint With Prejudice, Denying Leave To Amend, Dismissing Case, Certifying An Appeal Would Not Be Taken in Good Faith, Notifying Plaintiff of Appellate Filing Fee, Denying Leave To Appeal *In Forma Pauperis*, And Recommending This Dismissal Be Treated As A Strike Under 28 U.S.C. § 1915(g), which was entered on August 31, 2021.

**IT IS SO ORDERED**, this 31st day of August 2021.

APPROVED:

*s/John T. Fowlkes, Jr.*　　　　　　　　　　　THOMAS M. GOULD　　　　　　
JOHN T. FOWLKES, JR.　　　　　　　　　　CLERK
UNITED STATES DISTRICT JUDGE

August 31, 2021　　　　　　　　　　　　　　s/Kristen Polovoy　　　　　　　　
DATE　　　　　　　　　　　　　　　　　　　(BY) LAW CLERK